1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10    HUGO E. SALDANA,

11              Petitioner,                    No. 2:10-cv-2431 JFM (HC)

12         vs.

13    M.D. MCDONALD, et al.,

14              Respondents.              ORDER

15    _____/

16              Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17    habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma

18    pauperis.  In his application, petitioner challenges a conviction issued by the Tulare County

19    Superior Court.  Tulare County is part of the Fresno Division of the United States District Court

20    for the Eastern District of California.  See Local Rule 120(d).

21              Pursuant to Local Rule 120(f), a civil action which has not been commenced in

22    the proper division of a court may, on the court's own motion, be transferred to the proper

23    division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24    court.  This court will not rule on petitioner's request to proceed in forma pauperis.

25    /////

26    /////

1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2        1.  This court has not ruled on petitioner's request to proceed in forma pauperis;

3        2.  This action is transferred to the United States District Court for the Eastern

4    District of California sitting in Fresno; and

5        3.  All future filings shall reference the new Fresno case number assigned and

6    shall be filed at:

7            United States District Court
             Eastern District of California
8            2500 Tulare Street
             Fresno, CA 93721
9

10   DATED: September 23, 2010.

11

12   _____
     UNITED STATES MAGISTRATE JUDGE

13

14

15   /md014;sald2431.109

16

17

18

19

20

21

22

23

24

25

26